John R.B. Bell
john.r.b.bell@gmail.com
The Law Office of John Richard Bordallo Bell
341 S. Marine Corps Drive
RK Plaza Suite 309
Tamuning, Guam 96913
Telephone: 671.646.5722
Facsimile: 671.646.5721

Attorneys for Plaintiff
ARLENITA A. CAMACHO

Rawlen M.T. Mantanona
mail@cmlaw.us
CABOT MANTANONA LLP
929 S. Marine Corps Dr., Ste. 200
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for Defendant
UNITED AIRLINES, INC.

**FILED**
DISTRICT COURT OF GUAM
JUN 08 2016
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| ARLENITA A. CAMACHO, | CIVIL CASE NO. 15-00034 |
| Plaintiff, | STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| v. | |
| UNITED AIRLINES, INC., | |
| Defendant. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE JUDGE:**

Plaintiff Arlenita Camacho and Defendant United Airlines, Inc. (referred to collectively as the "Parties"), by and through their respective attorneys of record, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), which states that a "plaintiff may dismiss an action without court order by filing . . . a stipulation signed by all parties who have appeared." Thus, a properly filed stipulated dismissal made pursuant to Rule 41(a)(1)(ii) is effective automatically and does not require judicial approval. *Hester Indus., Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2d Cir. 1998).

## RECITALS

1. On or about September 19, 2015, Plaintiff filed this case in the United States District Court for the Territory of Guam and Civil Case No. 15-00034 assigned to the case (the "Action").

2. On or about April 21, 2016, the Parties participated in mediation and thereafter agreed to resolve all controversies to their mutual satisfaction.

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREFORE, the Parties, through their undersigned attorneys of record, hereby stipulate to dismiss the instant case, with prejudice, pursuant to Rule 41(a)(1)(A)(ii). Each Party shall bear all of her or its own attorneys' fees and costs in accordance with the terms of the agreement between the Parties. This dismissal shall not be interpreted as a finding or admission of liability by United Airlines, Inc. The Clerk of this Court shall close the case file.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: May 21, 2016 | THE LAW OFFICE OF JOHN RICHARD BORDALLO BELL |
| 2 | | |
| 3 | | |
| 4 | | _/s/ JRBBell_ |
| 5 | | Attorneys for Plaintiff<br>ARLENITA A. CAMACHO |
| 6 | | |
| 7 | Dated: May 3, 2016 | CABOT MANTANONA LLP |
| 8 | | |
| 9 | | _/s/_ |
| 10 | | Attorneys for Defendant |
| 11 | | UNITED AIRLINES, INC. |